**STATE of Missouri, Respondent,**

v.

**Randy R. WYMER, Appellant.**

No. ED 84407.

Missouri Court of Appeals, Eastern District, Division Three.

June 28, 2005.

Amanda R. Schehr, St. Louis, MO, for appellant.

Deborah Daniels, Shaun J. Mackelprang (co-counsel), Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and NANNETTE A. BAKER, J.

## ORDER

PER CURIAM.

Randy Wymer appeals the judgment entered on his convictions for child molestation and statutory sodomy.

We have reviewed the parties' briefs and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with our local Rule 405. The judgment is affirmed under Rule 30.25(b).